September 14, 2016

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   SEP 16 2016   ★

LONG ISLAND OFFICE

The Honorable Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722
Ref; Feuer, et, al v Cornerstone Hotels Corp., et.al   Docket cv-14-5388

Dear Judge Bianco;

I am Pro-Se Defendant in the above referenced matter.
I am submitting a request for a Pre-motion conference. I do have plans to file a Motion for Summary judgment on the bases of lack of Jurisdiction.

Your honor; this is the reason why I am submitting this request for a Pre-motion Conference. I am making this request in compliance with your Motions Practice and your rules. I have also mailed a copy of this letter to the Plaintiffs counsel.

Respectfully Yours,

Naeem W. Butt

Cc Dong Phuong Nguyen, Esq
Borrelli and Associates, PLLC
1010 Northern Blvd, suite 328
Great Neck, NY 11021

RECEIVED
SEP 19 2016
EDNY PRO SE OFFICE



Cornerstone Hotels Corp
NAEEM W. BUTT
52 Longview Road
Southampton, NY 11968

United States District Court
Eastern District of N.Y.
100 Federal Plaza
Central Islip, NY 11722
attn: Pro Se office

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.
SEP 28 2016
LONG ISLAND OFFICE